**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **CRIM ACT. NO. 1:19-cr-178-TFM-N** |
| | **)** | |
| **ANTHONY CRAIG PIERCE** | **)** | |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On November 15, 2019, the Defendant Anthony Craig Pierce, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute Methamphetamine.  *See* Doc. 17.  The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted.  *See* Doc. 21.  No objections were filed and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 1 of the Indictment is accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **March 19, 2020 at 1:30 p.m**. under separate Order.

**DONE and ORDERED** this 3rd day of December, 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE